IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NED ROBINSON and
LINDA C. ROBINSON                                                                  PLAINTIFFS

v.                                                                          CAUSE NO. 1:20CV40-LG-RPM

ACTION RESOURCES, LLC,
and DEMETRIUS A. SMITH                                                         DEFENDANTS

**ORDER GRANTING DEFENDANTS MOTION FOR JUDGMENT
ON THE PLEADINGS AS TO CLAIMS OF INDEPENDENT
NEGLIGENCE AND PUNITIVE DAMAGES**

THIS CAUSE came before Court on Defendants' 12(c) Motion for Judgment on the Pleadings as to Claims of Independent Negligence and Punitive Damages. [Doc. 59]. The Court, having been informed that Plaintiffs have confessed the Motion, hereby finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Counts VI[1] (Negligence); VII (Negligence Per Se), and VIII (Gross Negligence) as to Defendant Action Resources are hereby dismissed with prejudice. Further, Count III (Gross Negligence) as to Defendant Smith is also dismissed with prejudice. The remaining case will proceed as a claim of simple negligence.

In accordance with Federal Rule of Civil Procedure 54(b), this Court directs entry of final judgment on the abovementioned Counts and expressly finds that there is no just reason for the delay.

**SO ORDERED AND ADJUDGED** this the ___30th___ day of ___April___, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] Count VI [sic] Vicarious Liability is not dismissed.


-2-

Agreed as to form and substance:

/s *Nicole Huffman*
Nicole C. Huffman (MSB #101457)
Brent D. Anderson – *pro hac vice*
Sonia E. Johnson – *pro hac vice*
*Attorneys for Defendants*


*Andrew K. Nicolas*
Stephen W. Mullins
Andrew K. Nicolas – *pro hac vice*
Andrew B. Ezell – *pro hac vice*
*Attorneys for Plaintiffs*